IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| JAYA WILLIAMS, an individual,<br><br>   Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC, a Delaware corporation; RASIER, LLC, a California limited liability company; YENLY ALVAREZ HERRERA,<br><br>   Defendants. | Case No: 1:24-cv-23383-KMW |

## JOINT STATUS REPORT

COME NOW Plaintiff, JAYA WILLIAMS, by and through her undersigned counsel and Defendants, UBER TECHNOLOGIES, INC., RASIER, LLC, and YENLY ALVAREZ HERRERA, by and through their undersigned counsel, and pursuant to this Court's Order Granting Defendants, Uber Technologies, Inc. and Rasier, LLC's Motion to Compel Arbitration [DE 63] dated September 4, 2025, which requires the parties to jointly file status reports apprising the Court of the status of the arbitration proceedings every sixty (60) days from the date of the Order, hereby files this Joint Status Report and state as follows:

1. As this Court was previously made aware, shortly before the entry of this Court's September 4, 2025, Plaintiff's counsel received devastating news (the "Personal Tragedy").

2. Due to the Personal Tragedy, Plaintiff's counsel fell behind on many of his work obligations and had several matters both formally and informally stayed.

3. Plaintiff's counsel returned to work in a full-time capacity in December 2025, and has been diligently working to catch up on all matters in his case load impacted by the Personal

Tragedy.

4. Defendants, Uber Technologies, Inc. and Rasier, LLC (the "Uber Defendants"), proposed an arbitrator, and Plaintiff objected to their proposed arbitrator.

5. Defendant Yenly Alvarez Herrera ("Herrera") has advised that any arbitrator chosen by Plaintiff and the Uber Defendants will be acceptable.

6. On or around December 1, 2025, Plaintiff's counsel proposed several arbitrators that were amenable to Plaintiff to counsel for the Defendants. Uber Defendants also proposed several arbitrators.

7. Plaintiff and the Uber Defendants have gone back and forth regarding the selection of several arbitrators, but they have yet to reach an agreement; however, they do believe that they are getting closer to selecting one.

8. In fact, Plaintiff and the Uber Defendants believe that they will have reached an agreement on an arbitrator within the next thirty (30) days.

9. The current aspects of this Joint Status Report that are relevant to this Court are as follows:

   a. Plaintiff and the Uber Defendants have agreed that Plaintiff shall propose 2-3 more prospective arbitrators for the Uber Defendants to review and consider;

   b. The Uber Defendants are conferring over one of the conditions that Plaintiff has set forth for an arbitrator and will advise Plaintiff within ten (10) days;

   c. The Uber Defendants shall propose 2-3 more prospective arbitrators for Plaintiff to consider, after confirming if they agree to Plaintiff's proposed condition

Dated this 4<u>th</u> day of <u>March</u> 2026.

Respectfully submitted,

**THE WILLIAMS LAW GROUP**

<u>/s Andrew Williams, Esq.</u>
BY: ANDREW WILLIAMS, ESQ.
Florida Bar No. 0111817
*Attorneys for Plaintiff*
9600 S. Dixie Hwy
Suite 1311
Miami, FL 33156
T: 305-916-1122
E-Service: andrew@thewilliamslg.com
Secondary: williamslawflorida@gmail.com

**CHARTWELL LAW**
Attorneys for Defendants Uber Technologies, Inc. & Rasier, LLC

<u>  /s/ Kirstie L. Hayduk  </u>
Kirstie L. Hayduk, Esq.
Florida Bar No. 168637
Katherine M. Fernandez, Esq.
Florida Bar No. 0123604
Primary: khayduk@chartwelllaw.com,
kfernandez@chartwelllaw.com

**Lukes, Santaniello, Petrillo, Cohen and Peterfriend**
Attorneys for Defendant Yenly Alvarez Herrera

<u>  /s/ Marcos Martinez  </u>
Marcos Martinez, Esq.
David Arias, Esq.
Primary: mmartinez@insurancedefense.net,
darias@insurancedefense.net

## CERTIFICATE OF SERVICE

Plaintiffs hereby certify that on this 4th day of March 2026, a true and complete copy of the above JOINT STATUS REPORT was duly served on all parties and counsel of record, who have entered appearances in this action via the Courts CM/ECF filing system.

**THE WILLIAMS LAW GROUP**

/s Andrew Williams, Esq.